## William C. Bender and Company, Appellant, v. Emil Tritz, Appellee.

Gen. No. 44,721.

opinion filed October 31, 1949; released for publication November 21, 1949. Shaffer, Seelig, Mandel & Shapiro, for appellant; Lewis Shaffer, George L. Shapiro and Bernard Kurlan, of counsel; Herbert M. Wetzel, for appellee; Herbert M. Wetzel, Edward Stasukaitis, Walter S. Kurek and Frank DeBartolo, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full.